PER CURIAM. The rule laid down upon the previous appeal (Stebbins v. Hume, 1 N. Y. Supp. 131) is the law of this case, so far as this court is concerned. The trial judge ruled precisely in accordance with the views there laid down by the general term. We should therefore affirm his action. The judgment should be affirmed, with costs.

HOLMES, BOOTH & HAYDEN v. FABER. (Supreme Court, Appellate Division, First Department. March 6, 1896.) Action by Holmes, Booth & Hayden against Eberhard Faber. No opinion. Motion granted. See 37 N. Y. Supp. 427.

HUBER, Respondent, v. GRAUER, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1896.) Action by Otto Huber against John George Grauer. Delos McCurdy, for appellant. Samuel Untermyer, for respondent.

PER CURIAM. The facts in this case are fully stated in the opinion of Mr. Justice Cullen, delivered at general term in May, 1894, when a new trial was ordered upon the plaintiff's exceptions to a dismissal of the complaint. Huber v. Grauer, 87 Hur, 100, 33 N. Y. Supp. 877. The case has now been tried in strict accordance with the directions contained in that opinion. The argument in behalf of the appellant on the present appeal is designed to show that a different view of the law and the facts should now be adopted from that which was then taken by the general term. It is enough to say that the conclusion reached by that court, and expressed in Judge Cullen's opinion, finds recent support in the sase of Thomson v. Poor, 147 N. Y. 402, 42 N. E. 13, and that we think the former decision was correct. Judgment and order affirmed, with costs.

HUTCHINSON v. ROOT. (Supreme Court, Appellate Division, First Department. March 20, 1896.) Action by Charles Hutchinson against Mary F. Root. No opinion. Motion denied. See 38 N. Y. Supp. 16.

HUTKOFF, Respondent, v. GORMAN, Appellant. (City Court of New York, General Term. March 16, 1896.) Action by Nathan Hutkoff against Amelia Gorman, as executrix of John Gorman, deceased. A. C. Shenstone, for appellant. David Leventritt, for respondent.

CONLAN, J. Appeal from an order denying defendant's motion to vacate the order restoring this cause to the calendar. The order appealed from should be affirmed, with costs. All concur.

HUYLER, Respondent, v. ROBERTS, Appellant. BUSH, Respondent, v. SAME, Appellant. ROBY v. SAME. FIRST NAT. BANK OF JEANNETTE v. SAME. FIRST NAT. BANK OF BIRMINGHAM v. SAME. (Supreme Court, Appellate Division, First Department. May 8, 1896.) Several actions, by John S. Huyler, William Bush, James W. E. Roby. the First National Bank of Jeannette, Pa., and the First National Bank of Birmingham, Pa., respectively, against David H. Roberts. Otto Horwitz, for appellant. John J. Adams, for respondent.

PER CURIAM. These five cases are presented upon substantially the same state of facts as were before this court in the case of Glass Co. v. Roberts (recently decided) 38 N. Y. Supp. 301, in which case the warrants of attachment had been vacated, and the order was affirmed by us. It is insisted here that additional facts have been made to appear. These facts are stated in the affidavit of Van Horn, which we have considered. But the facts therein stated do not change the aspect of the case as formerly presented to us, or require or permit any change in the result. The orders should be reversed, with $10 costs and disbursements, and the motion to vacate the attachment granted, with $10 costs in each case.

ISEAR v. DAYNES. (Supreme Court, Appellate Division, First Department. May 1, 1896.) Action by Sacharize Isear against William Daynes. No opinion. Motion denied. See 37 N. Y. Supp. 474.

JENKINS, Respondent, v. POSTAL TELEGRAPH CABLE CO., Appellant. (Supreme Court, Appellate Division, Third Department. April 14, 1896.) Action by Jonathan Jenkins against the Postal Telegraph Cable Company. No opinion. Judgment affirmed, with costs.

JENNINGS, Respondent, v. HENRY, Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1896.) Action by Catherine Jennings against Ralph Henry. Stewart & Macklin, for appellant. T. F. Byrne, for respondent. No opinion. Judgment reversed; new trial ordered, with costs to appellant to abide event.

JOHNSTON, Appellant, v. MEANY, Respondent. (Supreme Court, Appellate Division, First Department. May 1, 1896.) Action by Robert A. Johnston against Joseph Meany, as executor, etc. B. Scharps, for appellant. M. T. Hun, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

KINSEY v. ARKENBURGH. (Supreme Court, Appellate Division, First Department. March 13, 1896.) Action by Thomas J. Kinsey against Eliza J. Arkenburgh, individually, etc., impleaded. No opinion. Judgment affirmed, with costs. on opinion in Allen v. Arkenburgh (Sup.) 37 N. Y. Supp. 1032.

KINSEY v. ARKENBURGH. (Supreme Court, Appellate Division, First Department. March 13, 1896.) Action by Robert H. Kinsey against Eliza J. Arkenburgh, individually, etc., impleaded, etc. Judgment affirmed, with costs, on opinion in Allen v. Arkenburgh (Sup.) 37 N. Y. Supp. 1032.

KLOTSKY, Respondent, v. HERTCHIKOFF, Appellant. (Common Pleas of New York City and County, General Term. November, 1895.) Action by Jacob Klotsky against